IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
Center City Healthcare, LLC d/b/a Hahnemann University           :   Case No. 19-11466 (MFW)
Hospital, *et al.*,                                              :
                                                                :   Jointly Administered
                         Debtors.                               :
--------------------------------------------------------------- x
Center City Healthcare, LLC, Philadelphia Academic Health       :
System, LLC, St. Christopher's Healthcare, LLC, Philadelphia    :
Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC       :
Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent:
Care Center, L.L.C., SCHC Pediatric Anesthesia Associates,      :
L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA,:
L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of  :
PA, L.L.C. and TPS V of PA, L.L.C.,                             :
                                                                :
                         Plaintiffs,                            :
                                                                :
        v.                                                      :
                                                                :   Adversary Proceeding No. 21-50991 (MFW)
MBNF Investments, LLC, American Academic Health System,         :
LLC, Philadelphia Academic Health Holdings, LLC, Front Street   :
Healthcare Properties, LLC, Front Street Healthcare Properties II,:
LLC, Broad Street Healthcare Properties, LLC, Broad Street      :
Healthcare Properties II, LLC, Broad Street Healthcare Properties:
III, LLC, Philadelphia Academic Risk Retention Group, LLC,      :
Paladin Healthcare Capital, LLC, Joel Freedman, Stella          :
Freedman, Svetlana Attestatova, and Kyle Schmidt,               :
                                                                :
                         Defendants.                            :
--------------------------------------------------------------- x

## WAIVER OF SERVICE OF SUMMONS

TO:   Center City Healthcare, LLC, *et al.*
      c/o Saul Ewing Arnstein & Lehr LLP
      Attn: Mark Minuti, Esquire.
      P. O. Box 1266
      1201 N. Market Street, Suite 2300
      Wilmington, Delaware 19899

  I, Svetlana Attestatova, acknowledge receipt of your request that I waive service of a summons and the complaint in the above-captioned Adversary Proceeding pending in the United States Bankruptcy Court for the District of Delaware, Adversary Proceeding No. 21-50991 (MFW) (the "Adversary Proceeding").

  I have also received a copy of the complaint in the Adversary Proceeding.

  I agree to save the cost of service of a summons and the complaint in this Adversary Proceeding by not requiring that I be served with judicial process in the manner provided by Rule 7004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

  I understand that I will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

38949968.3 9/9/21

I also understand that I must file and serve an answer or a motion under Federal Rule 12 made applicable to this proceeding by Bankruptcy Rule 7012, at least, within 60 days from 9/9/2021, the date when this request was sent. If I fail to do so, a default judgment will be entered against me.

9/9/2021
Date

*[signature: Svetlana]*
Ms. Svetlana Attestatova
~~Paladin Healthcare Capital, LLC~~
~~222 N. Pacific Coast Highway, Suite 900~~
~~El Segundo, CA 9024~~